FILED
2020 AUG 17 AM 9:57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CA.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | 5:20-CR-00143-SVW |
| V. | |
| MICHAEL JOHN ANDERSEN | REPORT COMMENCING CRIMINAL ACTION |
| DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 8/17/2020   0915 HOURS   [✓] AM  [ ] PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: [ ] Yes  [✓] No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): [✓] Yes  [ ] No

4. Charges under which defendant has been booked:

   18 USC 2252A(a)(5)(B),(b)(2)     Distribution and Possession of Child Pornography

5. Offense charged is a: [✓] Felony  [ ] Minor Offense  [ ] Petty Offense  [ ] Other Misdemeanor

6. Interpreter Required: [✓] No  [ ] Yes   Language: _____

7. Year of Birth: 04/17/1969

8. Defendant has retained counsel: [✓] No
   [ ] Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY EMAIL

10. Remarks (if any): _____

11. Name: Jonathan Ruiz     (please print)

12. Office Phone Number: (562) 843-2893

13. Agency: Homeland Security Investigations

14. Signature: _____

15. Date: 8/17/2020

CR-64 (2/14)     REPORT COMMENCING CRIMINAL ACTION