UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>MICHAEL JOHN ANDERSEN,<br>  aka "TattdPigPS,"<br><br>        Defendant. | No. ED CR 20-143-SVW<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**[PROPOSED] TRIAL DATE:**<br>**March 16, 2021** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter.  The Court finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance

1   would be likely to make a continuation of the proceeding impossible,

2   or result in a miscarriage of justice; and (iii) failure to grant the

3   continuance would unreasonably deny defendant continuity of counsel

4   and would deny defense counsel the reasonable time necessary for

5   effective preparation, taking into account the exercise of due

6   diligence.

7        THEREFORE, FOR GOOD CAUSE SHOWN:

8        1.   The trial in this matter is continued from October 13,

9   2020, to March 16, 2021, at 9:00 a.m.

10       2.   The time period of October 13, 2020, to March 16, 2021,

11  inclusive, is excluded in computing the time within which the trial

12  must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

13  and (h)(7)(B)(iv).

14       3.   Defendant shall appear in Courtroom 10A of the Federal

15  Courthouse, United States Courthouse, 350 West 1st Street, Los

16  Angeles, CA, 90012, at 9:00 a.m. on March 16, 2021.

17       4.   Nothing in this Order shall preclude a finding that other

18  provisions of the Speedy Trial Act dictate that additional time

19  periods are excluded from the period within which trial must

20  ///

21  ///

22

23

24

25

26

27

28

1   commence.   Moreover, the same provisions and/or other provisions of

2   the Speedy Trial Act may in the future authorize the exclusion of

3   additional time periods from the period within which trial must

4   commence.

5        IT IS SO ORDERED.

7        September 16, 2020

     DATE                                    HONORABLE STEPHEN V. WILSON

8                                            UNITED STATES DISTRICT JUDGE

11  Presented by:

12        /s/

     SONAH LEE

13   Assistant United States Attorney

                                      3