# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: 5:20-cr-00143-SVW    Date: June 13, 2022

Present: The Honorable STEPHEN V. WILSON, ☑ District Judge / ☐ Magistrate Judge

| Paul M. Cruz | Deborah Parker | N/A | Sonah Lee |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

**USA v. DEFENDANT(S) PRESENT**

Michael John Anderson
☐ Custody ☑ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Marta M. VanLandingham, DFPD
☑ Appointed ☐ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) One of the Indictment.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to October 24, 2022 at 11:00 a.m. for sentencing.
☑ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____.
☐ Court orders:

☐ Other:

:    11

Initials of Deputy Clerk    PMC

cc:   Probation Office